UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| IN RE:<br><br>Nebra Overretta Singleton<br><br>DEBTOR(S) | Case No.: 19-16817<br>Chapter 7 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merril Lynch First Franklin Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1, by Nationstar Mortgage LLC, d/b/a Mr. Cooper, Servicing Agent<br>MOVANT<br>vs.<br>Nebra Overretta Singleton<br><br>and<br>Steven H. Greenfeld, Trustee<br>RESPONDENT(S) | |

### MOTION SEEKING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS
### 304 DR ANDREWS WAY, UNIT A, INDIAN HEAD, MD 20640

U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merril Lynch First Franklin Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1, by Nationstar Mortgage LLC, d/b/a Mr. Cooper, Servicing Agent (hereinafter MOVANT), by its undersigned counsel, files this MOTION SEEKING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 304 DR ANDREWS WAY, UNIT A, INDIAN HEAD, MD 20640, pursuant to 11 U.S.C. SECS. 362 which is a core proceeding pursuant to 28 U.S.C. SEC. 157, and for reasons states as follows:

#### ONE
That the above-named Debtor(s) Nebra Overretta Singleton (hereinafter "DEBTOR(S)") initiated proceedings in this Court seeking relief under Chapter 7 of 11 U.S.C.

#### TWO
That the above-named Steven H. Greenfeld was appointed Interim Trustee of the Estate of the Debtor(s), is duly qualified, and is so acting.

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 447213

<u>THREE</u>

That MOVANT is the holder and/or servicer of a Note secured by a Deed of Trust, which encumbers the real property known as 304 Dr Andrews Way, Unit A, Indian Head, MD 20640 (the "property") (see attached Exhibit "A"), presently owned by the DEBTOR(S), in the approximate principal amount of $167,144.70, plus interest, late charges and other costs.  Said Instrument is recorded among the Land Records of Charles County, Maryland.

<u>FOUR</u>

That the DEBTOR(S) is/are in default in payment of the Deed of Trust Note to MOVANT; said default involving non-payment of EIGHTEEN (18)  pre-petition payment(s) for the period of December, 2017, through May, 2019 in the amount of $18,147.53, plus late charges, plus any additional payments and late charges thereon that may fall due after the filing of this motion, plus attorney's fees and costs.

<u>FIVE</u>

That MOVANT believes and avers that its security interest concerning the property is not adequately protected.

<u>SIX</u>

That the DEBTOR(S) has/have little or no equity in the property and the property is not necessary to an effective reorganization.

<u>SEVEN</u>

That MOVANT has been and continues to be irreparably injured by the Stay of S. 362(a) of the Bankruptcy Code which prevents the MOVANT from enforcing its right under its Deed of Trust.

Cohn, Goldberg & Deutsch, LLC

Attorneys at Law
600 Baltimore Avenue
Suite 208
Towson, MD 21204

410-296-2550

File #: 447213

WHEREFORE, MOVANT, prays this Honorable Court grant the following relief:

A. That the Court enter an Order lifting the Stay of S. 362 to enable U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merril Lynch First Franklin Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1, or its successors and assigns, to enforce its rights under its Deed of Trust, which would enable it to foreclose on the property.

B. That the Court grant such other and further relief as may be necessary.

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

Cohn, Goldberg & Deutsch, LLC

Attorneys at Law
600 Baltimore Avenue
Suite 208
Towson, MD 21204

410-296-2550

File #: 447213

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| IN RE:<br><br>Nebra Overretta Singleton<br><br>　　　　DEBTOR(S) | Case No.: 19-16817<br>Chapter 7 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merril Lynch First Franklin Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1, by Nationstar Mortgage LLC, d/b/a Mr. Cooper, Servicing Agent<br>　　　　MOVANT<br>　　vs.<br>Nebra Overretta Singleton<br><br>and<br>Steven H. Greenfeld, Trustee<br>　　　　RESPONDENT(S) | |

* * * * * CERTIFICATION OF SERVICE * * * * *
ON
**MOTION SEEKING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS
304 DR ANDREWS WAY, UNIT A, INDIAN HEAD, MD 20640**

　　I, the undersigned counsel of COHN, GOLDBERG & DEUTSCH, LLC, 600 BALTIMORE AVENUE, SUITE 208, TOWSON, MD 21204, certify that I am, and at all times hereinafter mentioned was, 18 years of age and that on June 21, 2019, I served a copy of the MOTION SEEKING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 304 DR ANDREWS WAY, UNIT A, INDIAN HEAD, MD 20640, by FIRST CLASS MAIL, on the respondent(s) in this proceeding to:

Nebra Overretta Singleton
304A  Dr Andrews Way
Indian Head, MD 20640

and by ELECTRONIC FILING NOTIFICATION CM/ECF to:

| respondent(s)' counsel: | Steven H. Greenfeld, Trustee |
| Pro Se | 2600 Tower Oaks Blvd. Ste. 103 |
| | Rockville, MD 20852 |

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 447213

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2019        /s/ Richard J. Rogers_____
                                                  Richard J. Rogers, Esquire
                                                  Cohn, Goldberg & Deutsch, LLC
                                                  600 Baltimore Avenue, Suite 208
                                                  Towson, MD  21204
                                                  410-296-2550
                                                  Fax: 410-296-2558
                                                  Email: bankruptcyecf@cgd-law.com
                                                  Federal Bar #: 01980 (MD)

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 447213